## No. 13,458.

STATE EX REL. HENRY RICE VS. HON. FRED. KING, JUDGE OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.

### SYLLABUS.

While the court re-examined the issues and found no ground upon which to grant a rehearing, it directed attention to the rule that rehearings are not to be granted in this class of cases.

A PPLICATION for Writ of Prohibition.

---

*Dinkelspiel & Hart, Bernard McCloskey* and *Percy S. Benedict* for Relator.

---

### ON APPLICATION FOR REHEARING.

The opinion of the court, on the application for a rehearing, was delivered by

BREAUX, J. The application for a rehearing is presented from the refusal of the Supreme Court to grant a writ of prohibition.

No new points are raised. The Supreme Court made a re-examination of the facts upon which the petition is based and re-considered the issues as presented originally. The court did not find any ground upon which to grant a rehearing; besides, there is a rule of this court under which the court manifests its intention not to grant a rehearing in this class of cases. Henricks vs. Monteleone, 51st Ann., 896.

Rehearing refused.